UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**United States of America**,
   Plaintiff,

-against-           06. Cr 190 (SCR)(GAY)

**Paul E. Kellerman,**
   Defendant.

---

Stephen C. Robinson, U.S.D.J.

### ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A U.S. MAGISTRATE JUDGE

On June 19, 2006, pursuant to Fed.R.Crim.P. 11, the Honorable George A. Yanthis, United States Magistrate Judge, after presiding over a plea allocution in the above captioned matter, reported and recommended that the named defendant's plea of guilty be accepted. The Court has carefully reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record. The Report and Recommendation is accepted and the plea is acceptable to the Court. The Clerk of the Court is directed to enter the plea.

SO ORDERED:

_[signature]_
Stephen C. Robinson, U.S.D.J.

Dated: January 8, 2007
White Plains, N.Y.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```